JS-6

1
2
3
4
5
6
7
8 UNITED STATES DISTRICT COURT
9 CENTRAL DISTRICT OF CALIFORNIA
10
11 | LEILA THOMPSON, | Case No. 2:23-cv-01243-FLA (PDx)
12 | Plaintiff, | **ORDER DISMISSING ACTION [DKT. 16]**
13 | v. |
14 |
15 | WALMART, INC., |
16 | Defendant. |
17
18
19
20
21
22
23
24
25
26
27
28

1

On September 17, 2024, the parties filed a Stipulation of Dismissal (Dkt. 16), dismissing the action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Having considered the Stipulation of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1. All dates and deadlines governing this action are VACATED.

    2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: September 19, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge